**Hripsime Sarkis BOGHOSSIAN,
Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 05–70067.**

United States Court of Appeals,
Ninth Circuit.

Feb. 24, 2009.

Hripsime Sarkis Boghossian, Glendale, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jocelyn Lopez Wright, Song Park, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

## ORDER

On February 4, 2008, the Board of Immigration Appeals granted the parties' joint motion to reopen and terminate proceedings without prejudice. Therefore, there is no longer a final order of removal.

We withdraw the memorandum disposition filed on October 1, 2007.

We dismiss the petition for review.